# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RACHEL JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, Acting ) <br> Commissioner of Social Security ) <br> ) <br> Defendant. ) | No. 15-cv-8194 <br><br> Judge Ronald A. Guzmán |

## MEMORANDUM OPINION AND ORDER

Plaintiff's application to proceed *in forma pauperis* [3] is granted. No service of summons by the Marshals Service is necessary under Local Rule 4(b). Parties are ordered to comply with the schedule set forth in Local Rule 16.4, which addresses scheduling in Social Security Cases.

## STATEMENT

Plaintiff seeks leave to file her Social Security appeal *in forma pauperis* ("IFP"). In order to authorize a litigant to proceed IFP, the Court must make two determinations: (1) whether the litigant is unable to pay the costs of commencing the action; and (2) whether the action is frivolous or malicious. 28 U.S.C. § 1915(a).

Plaintiff's application states that she is unemployed and does not otherwise earn a monthly income. She has a dependent son and has no other relevant sources of support. In light of these circumstances, the Court finds that Plaintiff satisfies the requirement to proceed without payment of the filing fee. *See Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948).

The Court also finds that this action is neither frivolous nor malicious for the purposes of Section 1915(a). Under 42 U.S.C. § 405(g), Plaintiff has the right to district court review of the Social Security Administration's determination that she is ineligible for benefits. Moreover, Plaintiff filed her complaint through counsel, who has an independent duty not to file frivolous or malicious claims. The Court is therefore satisfied that Plaintiff's cause of action is sufficiently meritorious to qualify for IFP.

**SO ORDERED.**  **ENTERED: September 21, 2015**

_____
**HON. RONALD A. GUZMÁN**
**United States District Judge**